ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2018

at ___ o'clock and 20 min. ___ M.
SUE BEITIA, CLERK

**SEALED**
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR18 00059 JMS |
| Plaintiff, | INDICTMENT |
| vs. | Count 1: 18 U.S.C. § 1544 |
| PETER CHRISTOPHER, | Count 2: 18 U.S.C. § 1542 |
| Defendant. | |

**INDICTMENT**

## COUNT 1
(18 U.S.C. § 1544)
(Wrongful Furnishing of Another's Passport)

The Grand Jury charges that:

On or about November 13, 2010, in the District of Hawaii and elsewhere, the Defendant, PETER CHRISTOPHER, willfully and knowingly furnished United States passport number 455112078, issued and designed for the use of one of his daughters, a minor child whose initials are R.M.C., to another of his daughters, a minor child whose initials are G.G.C.S., well knowing that G.G.C.S. was not the person for whose use said passport was originally issued and designed.

All in violation of Title 18, United States Code, Section 1544.

## COUNT 2
(18 U.S.C. § 1542)
(False Statement in Passport Application)

The Grand Jury further charges that:

On or about April 1, 2016, in the District of Hawaii, the Defendant, PETER CHRISTOPHER, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his daughter, whose initials are G.G.C.S., for her use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application and in a

related "Statement Regarding a Lost or Stolen U.S. Passport Book and/or Card," the Defendant falsely stated: (1) G.G.C.S.'s passport, number 433048982, had been lost; (2) that he did not remember how G.G.C.S.'s passport had been lost; and (3) that he did not know where the loss occurred, when in truth and fact, as the Defendant well knew, that on or about November 13, 2010, he had knowingly and intentionally abandoned G.G.C.S.'s passport in a hotel room in San Juan del Sur, Nicaragua, thereby giving the impression that G.G.C.S. was still in Nicaragua, while, at the same time, intending to use R.M.C.'s passport to kidnap G.G.C.S. from her mother in Nicaragua and import her into the United States.

All in violation of Title 18, United States Code, Section 1542.

Dated: April 26, 2018, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. Peter Christopher,
Cr. No. CR18 00059 JMS
"Indictment"

3