Republic of Nicaragua
Central America

[Initials]

[Illegible stamp]

[Stamp of Gilma Mercedes Valerio Diaz, Attorney and Notary Public]

[Two notary stamps appear at the bottom of pages 1, 2, and 4 of the Spanish-language document. Page 2 is a duplicate of page 1 and has not been reproduced in this translation.]

Series M

Stamp Fee: Three cordobas

No. 4210745

## Notarization

**Public Record No. 110, EXTRAJUDICIAL AGREEMENT ON FATHER-MOTHER-MINOR-DAUGHTER RELATIONSHIP.** In the city of Diriamba at 9 a.m. on September 10, 2010, the following persons appeared before me, Wilmer Nicolas Alemán Mendieta, an attorney and notary public of the Republic of Nicaragua, domiciled and resident here, duly authorized by the Supreme Court of Nicaragua to act as a notary public for a five-year period to end on September 20, 2012:

Yasmina del Carmen Sánchez Baltodano, of legal age, a homemaker, ID No. 042-140589-0000K, and Mr. Peter Christopher, of legal age, married, a businessperson, in voluntary transit through this city, resident in the United States of America, passport No. 10900768.

I attest that I am personally acquainted with the appearing parties and that, in my opinion, he/she has [sic—they have?] the legal and civil capacity necessary to undertake obligations and enter into contracts and, in particular, to execute this document, and who acts [sic] on behalf of his/her/their minor daughters [sic—minor daughter?] in full exercise of his/her/their parental authority and states [sic] as follows:



EXHIBIT 1

CHRISTOPHER_000163

2

**One. (Proof of relationship)** As they demonstrate to me, by means of a birth certificate which they present to me and which I attest to having before me, Yasmina del Carmen Sánchez Baltodano is the mother of minor child ▇▇▇▇▇▇▇▇▇▇ Sánchez. Said certificate bears the numeral 18690687 in the Birth Registry in the Province of San José, Republic of Costa Rica, where its entry designation is 1-1982-434-0868. It was notarized by Alicia María Arroyo of the Office of Vital Statistics of San José, at 8:27 a.m. on July 13, 2007. The appearing parties went on to state:

**Two. (Agreements Reached)** The mother states that in the full exercise of her parental authority and pursuant to our current civil law provisions, in her capacity as the child's mother and by means of this public record, she agrees to facilitate the relationship between the father, Peter Christopher, and the minor child, and to allow him access to the minor child during those periods when he is in this country, with a view to enabling the two to maintain a parent-child relationship. At the same time, she indicates that any time the father has visitation, it will be mandatory that either she or a person of her choosing be with the father and the child and accompany them wherever they go within Nicaragua, and that she promises to make the child available to the father to chat with him via the internet at least twice a month when he is in the United States as a way of cooperating and showing respect for the father-child relationship. In turn, the father promises to furnish the necessary economic support for the maintenance needs of their minor child, including recreational, health, clothing, and educational needs, and he undertakes to pay, through the Ministry of Family offices in the city of Jinotope, a sum that will initially be $125 per month in child support, with the proviso that if, in the future, it is necessary to take minor child ▇▇▇▇▇▇▇▇▇▇ Sánchez out of Nicaragua, then, with the consent of the mother the appropriate authorization will be issued, and the father authorizes as his legal representative Dr. Roger Guevara Mena, of legal age, an attorney registered with the Bar of the Supreme Court of Nicaragua, Member No. 1539, to sign on his behalf the appropriate exit authorization, which will be

3

submitted, together with this document, to the *Dirección General de Migración y Extranjería* [Bureau of Migration and Alien Affairs].

**THIRD CLAUSE.** With regard to the outstanding balance of one year's worth of child support payments, the appearing parties further state that they agree that the amount in question is US$100 per month, which comes to a total amount in arrears of US$1,200, which the minor child's father agrees to pay periodically in four consecutive installments of US$300 each, with one installment being paid every three months. At this time, he renders to the mother a payment of US$300 as the installment for the first three months, and the mother states that she consents to this arrangement.

The foregoing was expressed by the appearing parties to whom I explained the legally significant validity of this document, the purpose of its general clauses that ensure the validity of this instrument, and of the spatial [*sic*—special] clauses that contain and entail explicitly and implicitly made waivers and stipulations, and the need to issue the notarization of this record. I, the notary, have read this record in full to the appearing party [*sic*—parties?], who finds [*sic*—find?] it to be accurate, accepts [*sic*—accept?] it, approves [*sic*—approve?] it, endorses [*sic*—endorse?] it, and,

[continued on next page]

CHRISTOPHER_000165

4

Series M

No. 4210759

together with me, signs [*sic*—sign?] it without making any changes. **I attest to all of the foregoing.**

[s] Legible

[s] Illegible

Public Notary: The above instrument was executed before me and appears on the front and back of page 73 of the Notarial Protocol Book that I maintain for the current year, 2010. At the request of Mr. Peter Christopher, I hereby issue this first legal notarization, consisting of one page of revenue-stamp paper, which I notarize, sign, stamp, and initial in the city of Diriamba at 10:30 a.m. on September 10, 2010.

       [Signature]

       Wilmer [*sic*—elsewhere appears as "Willmer"] Nicolas Alemán Mendieta
       Attorney and Notary Public

       [Notary stamp of Mr. Alemán Mendieta]

CHRISTOPHER_000166

5

[Illegible stamp]

## Certification of Copies

I, the undersigned attorney and notary public of the Republic of Nicaragua, Gilma Mercedes Valerio Diaz, domiciled and resident in the city of Managua, duly authorized by the Supreme Court of Nicaragua to act as a notary public for a five-year period to end on August 14, 2019, hereby certify this photocopy and attest to the fact that this photocopy was duly compared with its original and is of Public Record No. 110, Extrajudicial Agreement on Father-Mother-Minor-Daughter Relationship, concluded at 9 a.m. on September 10, 2010, in the presence of Notary Public Wilmer [sic—elsewhere appears as "Willmer"] Nicolas Alemán Mendieta, which consists of two pages front and back, one Series M No. 4210745 and the other Series M No. 4219759, which I stamp, initial, and sign. I affix this notice hereto in accordance with the provisions of Decree No. 1690 and [sic—published in?] the Official Gazette of April 1970 and the provisions of Law 116 on Copies, Photocopies, and Certifications of June 21, 1976, published in Official Gazette No. 130 of 1986.

Managua, September 4, 2017

[Signature]

[Stamp of Gilma Mercedes Valerio Diaz, Attorney and Notary Public]

[Stamp of the Office of the Secretary, Supreme Court of Nicaragua]

Republic of Nicaragua

Supreme Court of Nicaragua

The undersigned authorized Secretary of the Supreme Court of Nicaragua certifies that the signature that appears above and reads <u>ILLEGIBLE</u> is authentic and is that of <u>GILMA MERCEDES VALERIO DÍAZ</u>, Attorney and <u>Notary Public</u> in the performance of her duties. Neither the Secretary nor the Supreme Court is responsible, however, for the contents of the document.

Managua, September 5, 2017

[Signature]

Gerald Areas Lacayo
Authorized Secretary of the Supreme Court of Nicaragua

[Stamp of the Office of the Secretary, Supreme Court of Nicaragua]

CHRISTOPHER_000167