SBU (LAW ENFORCEMENT SENSITIVE)



**Diplomatic Security Service**
**Honolulu Resident Office**

**IMS Case Report**

| DS Case Number: | Case Title: CHRISTOPHER, Peter | Report Date: 04/26/2018 |
|---|---|---|
| Case Type: CRIMINAL | Investigative Program Type: PASSPORT FRAUD | Date Investigated: 04/11/2016 |
| Case Impact: LOW | Case Status: OPEN Pending Trial / Plea / Adjudication | Open Date: 04/11/2016 |
| Report Type: CASE INTERIM | Report Title: Interview with Marisol Diaz Hernandez | Report Status: APPROVED |

At around 1130 hours, on 5-April-2018, Marisol Diaz Hernandez arrived at the U.S. Embassy in Managua, Nicaragua to provide a voluntary statement regarding the relationship between Peter Christopher (the subject) and his ex-wife, Yasmina Del Carmen Sánchez Baltodano, and the events that took place surrounding the alleged parental kidnapping of their daughter ▓▓ in November, 2010. Special Agent Michael Blees and Criminal Fraud Investigator Marjorie Mendoza interviewed Hernandez in the Consular section of U.S. Embassy Managua, at 1200 hours.

Hernandez stated that she grew up with Baltodano but didn't know much about her relationship to the subject or her custody issues until November 11, 2010, when Baltodano hired her as a chaperone to accompany the subject and ▓▓ on a trip to San Juan del Sur, Nicaragua. Prior to this trip, the subject and Hernandez had no relationship. Hernandez had met him briefly but because the subject didn't speak Spanish and Hernandez didn't speak English, there was no opportunity for them to get to know each other. Hernandez stated the Baltodano paid her 200 cordobas per day and that the subject covered all expenses. Hernandez, the subject, and ▓▓ all shared a hotel room at Hotel La Estacion, and the subject covered food and transportation to tourist sites, as well.

On November 11, the three of them traveled by bus from Diriamba, Nicaragua to San Juan del Sur. On November 12, they visited a tourist site together. On November 13, in the morning, Hernandez bathed ▓▓ and then left her in the hotel room with the subject while Hernandez went to bathe herself. That was around 0900 hours. When she exited the restroom, she found that the subject and ▓▓ were gone, but that all of the subject's personal belongings were still in the hotel room.

Hernandez waited about six hours to see if they would return. When they didn't, she contacted Baltodano to tell her what had happened. Baltodano told her to wait another day to see if they would return. When they had not returned by the next morning, Hernandez returned to Diriamba with the subject's personal belongings, at Baltodano's request. A couple days later, Hernandez and Baltodano reported the incident to the police in Diriamba.

Hernandez has not been involved in this case any further, until the interview at the embassy. The interview concluded at around 1230 hours.

| Reporting Official: Blees, Michael R | Distribution: |
|---|---|
| Approving Official: Bossard, Lance A | |

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)



EXHIBIT 2

CHRISTOPHER_000057

SBU (LAW ENFORCEMENT SENSITIVE)



**Diplomatic Security Service**
**Honolulu Resident Office**

**IMS Case Report**

| | | |
|---|---|---|
| **DS Case Number:** PF-2017-00086 | **Case Title:** CHRISTOPHER, Peter | **Report Date:** 04/26/2018 |
| **Case Type:** CRIMINAL | **Investigative Program Type:** PASSPORT FRAUD | **Date Investigated:** 04/11/2016 |
| **Case Impact:** LOW | **Case Status:** OPEN Pending Trial / Plea / Adjudication | **Open Date:** 04/11/2016 |
| **Report Type:** CASE INTERIM | **Report Title:** Interview with Marisol Diaz Hernandez | **Report Status:** APPROVED |

At around 1130 hours, on 5-April-2018, Marisol Diaz Hernandez arrived at the U.S. Embassy in Managua, Nicaragua to provide a voluntary statement regarding the relationship between Peter Christopher (the subject) and his ex-wife, Yasmina Del Carmen Sánchez Baltodano, and the events that took place surrounding the alleged parental kidnapping of their daughter Gloria in November, 2010. Special Agent Michael Blees and Criminal Fraud Investigator Marjorie Mendoza interviewed Hernandez in the Consular section of U.S. Embassy Managua, at 1200 hours.

Hernandez stated that she grew up with Baltodano but didn't know much about her relationship to the subject or her custody issues until November 11, 2010, when Baltodano hired her as a chaperone to accompany the subject and Gloria on a trip to San Juan del Sur, Nicaragua. Prior to this trip, the subject and Hernandez had no relationship. Hernandez had met him briefly but because the subject didn't speak Spanish and Hernandez didn't speak English, there was no opportunity for them to get to know each other. Hernandez stated the Baltodano paid her 200 cordobas per day and that the subject covered all expenses. Hernandez, the subject, and Gloria all shared a hotel room at Hotel La Estacion, and the subject covered food and transportation to tourist sites, as well.

On November 11, the three of them traveled by bus from Diriamba, Nicaragua to San Juan del Sur. On November 12, they visited a tourist site together. On November 13, in the morning, Hernandez bathed Gloria and then left her in the hotel room with the subject while Hernandez went to bathe herself. That was around 0900 hours. When she exited the restroom, she found that the subject and Gloria were gone, but that all of the subject's personal belongings were still in the hotel room.

Hernandez waited about six hours to see if they would return. When they didn't, she contacted Baltodano to tell her what had happened. Baltodano told her to wait another day to see if they would return. When they had not returned by the next morning, Hernandez returned to Diriamba with the subject's personal belongings, at Baltodano's request. A couple days later, Hernandez and Baltodano reported the incident to the police in Diriamba.

Hernandez has not been involved in this case any further, until the interview at the embassy. The interview concluded at around 1230 hours.

| | |
|---|---|
| **Reporting Official:** Blees, Michael R | **Distribution:** |
| **Approving Official:** Bossard, Lance A | |

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

Page 1

CHRISTOPHER_000057

## SBU (LAW ENFORCEMENT SENSITIVE)



**Diplomatic Security Service**  
**Honolulu Resident Office**

**IMS Case Report**

| | | |
|---|---|---|
| **DS Case Number:** PF-2017-00086 | **Case Title:** CHRISTOPHER, Peter | **Report Date:** 04/26/2018 |
| **Case Type:** CRIMINAL | **Investigative Program Type:** PASSPORT FRAUD | **Date Investigated:** 04/11/2016 |
| **Case Impact:** LOW | **Case Status:** OPEN Pending Trial / Plea / Adjudication | **Open Date:** 04/11/2016 |
| **Report Type:** CASE INTERIM | **Report Title:** Interview with Marisol Diaz Hernandez | **Report Status:** APPROVED |

At around 1130 hours, on 5-April-2018, Marisol Diaz Hernandez arrived at the U.S. Embassy in Managua, Nicaragua to provide a voluntary statement regarding the relationship between Peter Christopher (the subject) and his ex-wife, Yasmina Del Carmen Sánchez Baltodano, and the events that took place surrounding the alleged parental kidnapping of their daughter Gloria in November, 2010. Special Agent Michael Blees and Criminal Fraud Investigator Marjorie Mendoza interviewed Hernandez in the Consular section of U.S. Embassy Managua, at 1200 hours.

Hernandez stated that she grew up with Baltodano but didn't know much about her relationship to the subject or her custody issues until November 11, 2010, when Baltodano hired her as a chaperone to accompany the subject and Gloria on a trip to San Juan del Sur, Nicaragua. Prior to this trip, the subject and Hernandez had no relationship. Hernandez had met him briefly but because the subject didn't speak Spanish and Hernandez didn't speak English, there was no opportunity for them to get to know each other. Hernandez stated the Baltodano paid her 200 cordobas per day and that the subject covered all expenses. Hernandez, the subject, and Gloria all shared a hotel room at Hotel La Estacion, and the subject covered food and transportation to tourist sites, as well.

On November 11, the three of them traveled by bus from Diriamba, Nicaragua to San Juan del Sur. On November 12, they visited a tourist site together. On November 13, in the morning, Hernandez bathed Gloria and then left her in the hotel room with the subject while Hernandez went to bathe herself. That was around 0900 hours. When she exited the restroom, she found that the subject and Gloria were gone, but that all of the subject's personal belongings were still in the hotel room.

Hernandez waited about six hours to see if they would return. When they didn't, she contacted Baltodano to tell her what had happened. Baltodano told her to wait another day to see if they would return. When they had not returned by the next morning, Hernandez returned to Diriamba with the subject's personal belongings, at Baltodano's request. A couple days later, Hernandez and Baltodano reported the incident to the police in Diriamba.

Hernandez has not been involved in this case any further, until the interview at the embassy. The interview concluded at around 1230 hours.

| | |
|---|---|
| **Reporting Official:** Blees, Michael R | **Distribution:** |
| **Approving Official:** Bossard, Lance A | |

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.
SBU (LAW ENFORCEMENT SENSITIVE)

CHRISTOPHER_000057