KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
E-mail:   Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 18-00059 JMS-KSC |
| ) | |
| Plaintiff, ) | Government's Motion to Compel |
| ) | the Defendant to Identify His Expert |
| ) | Witnesses, to Produce Their Curricula |
| vs. ) | Vitae, and a Summary of Their |
| ) | Anticipated Testimony; Memorandum |
| PETER CHRISTOPHER, ) | of Law; Declaration of Marshall H. |
| ) | Silverberg; Certificate of Service |
| Defendant. ) | |
| ) | Trial Date: November 6, 2018 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. J. Michael Seabright |

**GOVERNMENT'S MOTION TO COMPEL
THE DEFENDANT TO IDENTIFY HIS EXPERT
WITNESSES, TO PRODUCE THEIR CURRICULA VITAE,
AND A SUMMARY OF THEIR ANTICIPATED TESTIMONY**

The United States of America ("the government") hereby moves this Court to compel the defendant to identify his expert witnesses, to produce their curricula vitae, and a summary of their anticipated testimony.

This motion is made pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), Federal Rules of Evidence 702 and 703, and is based upon the attached Memorandum of Law, the Declaration of Marshall H. Silverberg, and the files in this case.

DATED: July 31, 2018, Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By:   /s/ Marshall H. Silverberg
      MARSHALL H. SILVERBERG
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served via E-mail:

**PETER CHRISTOPHER**
pedrochristopher@gmail.com
2140 Kuhio #2006
Honolulu, HI 96815

Defendant *Pro Se*

Served via CM/ECF:

**MEGAN KAU, ESQ.**
mk@megkaulaw.com
810 Richards Street, Suite 330
Honolulu, HI 96813

Stand-by Counsel for Defendant
PETER CHRISTOPHER

DATED: July 31, 2018, Honolulu, Hawaii.

/s/ Anika Ramos
U.S. Attorney's Office
District of Hawaii