IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00059 JMS-KSC |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | MARSHALL H. SILVERBERG |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER CHRISTOPHER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF MARSHALL H. SILVERBERG

I, Marshall H. Silverberg, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii. I represent the United States in the captioned matter.

2. The defendant has indicated at various times that he intends to hire (presumably with taxpayer funds) expert witnesses. He has not identified the names of the expert witnesses, their curricula vitae, or summaries of their anticipated testimony. The government needs that information to be able to challenge the testimony of some or all of those experts and, if necessary, to retain our own experts in the same subject areas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 31, 2018, at Honolulu, Hawaii.

                                           */s/ Marshall H. Silverberg*
                                           MARSHALL H. SILVERBERG