PETER CHRISTOPHER
2140 Kuhio Avenue #2006
Honolulu, HI 96815
(808) 443-9814

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00059 JMS-KSC |
| | ) | |
| Plaintiff, | ) | Stipulation Regarding Travel |
| | ) | and Contact and Curfew; |
| | ) | Order Regarding Travel |
| | ) | and Contact and Curfew |
| vs. | ) | |
| | ) | |
| PETER CHRISTOPHER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**STIPULATION REGARDING TRAVEL AND CONTACT**

On August 28th, 2018, Hawaii Family Court in Hilo, Hawaii held a hearing regarding G.G.C.S. in FC-S 18-0036. Peter Christopher was present following orders of Federal Court allowing him to travel there to participate in person. The hearing was concluded, and a related conference and hearing have

1

been scheduled for September 19th and 21st, 2018 in Hilo. Also, Peter Christopher has a Family Court hearing scheduled for October 15th, 2018.

Peter Christopher has also been granted supervised visits with G.G.C.S. by DHS in Hilo, which is expected to include visits most or all times he will be in Hilo.

Peter Christopher already has been cleared by both Family Court and Federal Court for visits including travel and staying in Oahu with R.A.C., R.M.C., and A.P.C. which have been continuing and are expected to continue further. Thus far, the travel of the children for these visits has been accompanied by a paid adult.

Peter Christopher also thus far has not personally gathered any personal items from his residence at 28-238 Akaka Falls Road in Honomu, nor visited to review the condition of the property.

The parties in this Federal matter – the government and Peter Christopher – hereby stipulate to Peter Christopher's travel to Hilo for the above court hearings, for his participation in the supervised visits with G.G.C.S. approved by DHS, for his participation in the hearings at Family Court, for his travel to his residence at 28-238 Akaka Falls Road in Honomu in order to collect belongings and review the conditions of the property. Further, the parties stipulate that Peter Christopher can personally travel with R.A.C., R.M.C, and/or A.P.C. between the island of Hawaii and Oahu in order to facilitate their visits.

Peter Christopher should provide flight details a minimum of 24 hours in advance to pretrial services and the government for any travel covered by this stipulation.

Finally, the parties stipulate that the curfew requirement for Peter Christopher is changed from 10pm-6am, to 10pm-5am, in the event of early flights.

WHEREFORE, the parties stipulate that:

1) Peter Christopher may travel to Hilo, Hawaii by air to participate in DHS and Court on September 19th, 21st, 2018 and October 15th and return the same day to Oahu;
2) Peter Christopher will provide his travel itineraries to US Pretrial Services and the government at least 24 hours before departure;
3) Peter Christopher may participate in future supervised visits with G.G.C.S as allowed by DHS provided these are supervised at all times by an authorized representative of the Department of Human Services, State of Hawaii;
4) Peter Christopher may travel between the Big Island of Hawaii and Oahu as needed in order to bring his children R.A.C, R.M.C., and A.P.C. back and forth for visits, provided the travel both ways is on the same day and
5) Curfew hours are changed from 10pm-6am, to 10pm-5am.

IT IS SO STIPULATED:
Dated: _____, at Honolulu, Hawaii.

                              KENJI M. PRICE
                              United States Attorney
                              District of Hawaii

/s/ Peter Christopher        /s/ Marshall H. Silverberg
PETER CHRISTOPHER     MARSHALL H. SILVERBERG
Defendant pro se             Assistant U.S. Attorney

# ORDER REGARDING TRAVEL AND CONTACT

The above Stipulation Regarding Travel and Contact is hereby approved, and the agreements set forth therein are adopted as findings by the Court.

For the reasons stated,

IT IS HEREBY ORDERED:

1) Peter Christopher may travel to Hilo, Hawaii by air to participate in DHS and Court on September 19th, 21st, 2018 and October 15th and return the same day to Oahu;
2) Peter Christopher will provide his travel itineraries to US Pretrial Services and the government at least 24 hours before departure;
3) Peter Christopher may participate in future supervised visits with G.G.C.S as allowed by DHS provided these are supervised at all times by an authorized representative of the Department of Human Services, State of Hawaii;
4) Peter Christopher may travel between the Big Island of Hawaii and Oahu as needed in order to bring his children R.A.C, R.M.C., and A.P.C. back and forth for visits, provided the travel both ways is on the same day and
5) Curfew hours are changed from 10pm-6am, to 10pm-5am for days when Peter Christopher will travel on an early flight to the Big Island.

Dated: September 14, 2018, at Honolulu, Hawaii.



Kevin S.C. Chang
United States Magistrate Judge

USA v. PETER CHRISTOPHER,
Cr. No. 18-00059 JMS-KSC