# MINUTES

CASE NUMBER: 1:18-cr-00059 JMS

CASE NAME: United States of America v. Peter Christopher

ATTYS FOR PLA: Marshall Silverberg

ATTYS FOR DEFT: Peter Christopher, Pro Se
Megan Kau, Standby Counsel

JUDGE: J. Michael Seabright        REPORTER: Cynthia Fazio

DATE: 09/14/2018        TIME: 2:00pm-2:15pm

COURT ACTION:  EP: Status Conference as to Defendant Peter Christopher was held.

Defendant Peter Christopher is present, not in custody.

Discussion held.

Hearing on [176] Defendant's First Motion to Dismiss Count 1 of the First Superseding Indictment is SET for 10/26/2018 at 10:00 a.m. before Chief Judge J. Michael Seabright.

By agreement of the parties, hearing on [169] Government's Motion in Limine Number 3 (prohibiting the defendant from raising a "necessity defense" trial) SET for 2/19/2019 at 11:00 a.m. is ADVANCED to 10/26/2018 at 10:00 a.m. before Chief Judge J. Michael Seabright.

Opposition Memoranda is due 10/9/2018.

Defendant Peter Christopher is to remain on the previously imposed conditions of release pending trial.

Submitted by: Shelli Mizukami, Courtroom Manager