FILED PROVISIONALLY UNDER SEAL PURSUANT TO LR83.12

PETER CHRISTOPHER
2140 Kuhio #2006
Honolulu, Hawaii 96815
(808) 443-9814

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 20 2018
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 21 2018
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00059-JMS-KSC |
| Plaintiff, | ) ) ) | **Defendant's Motion to File Exhibit A of Motion Filed Today Under Seal; Certificate of Service** |
| vs. | ) ) | |
| PETER CHRISTOPHER, | ) ) ) ) ) | Judge: The Hon. Chief Judge Michael Seabright & Magistrate Judge Kevin Chang |
| Defendant. | | |

**Defendant's Motion to File Exhibit A of Motion Filed Today Under Seal**

I am dropping off "Defendant's Motion to Dismiss Counts 1 and 2 of First Superseding Indictment for Grand Jury Misconduct or to Compel Production of Grand Jury records and DHS records; Memorandum in Support;" today. And along with it, I am also submitting the attached exhibit to be filed under seal from the public along with that motion.

1

This exhibit is a redacted pleading from a sealed Hawaii State CPS case. If this motion is denied, it is requested that the exhibit be destroyed rather than being filed publicly.

*/s/ Peter Christopher*
_____
PETER CHRISTOPHER
Dated September 20, 2018 - Honolulu, Hawaii

PETER CHRISTOPHER
2140 Kuhio #2006
Honolulu, Hawaii 96815
(808) 443-9814

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 18-00059-JMS-KSC |
|---|---|---|
| Plaintiff, | ) | **Certificate of Service** |
| vs. | ) | Judge: The Hon. Chief Judge Michael Seabright & Magistrate Judge Kevin Chang |
| PETER CHRISTOPHER, | ) | |
| Defendant. | ) | |

## Certificate of Service

I will submit to Marshall Silverberg via email a copy of this motion and exhibit later today once I have access to a scanner.

*[signature]*
PETER CHRISTOPHER
Dated September 20, 2018 - Honolulu, Hawaii