ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 24 2018

at __ o'clock and 30 min. P M.
SUE BEITIA, CLERK

PETER CHRISTOPHER
2140 Kuhio #2006
Honolulu, Hawaii 96815
(808) 443-9814

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 18-00059-JMS-KSC |
| ) | |
| Plaintiff, ) | **Motion for Assistance of Counsel** |
| ) | |
| vs. ) | |
| ) | Judge: The Hon. Chief Judge Michael |
| PETER CHRISTOPHER, ) | Seabright & Magistrate Judge Kevin |
| ) | Chang |
| Defendant. ) | |
| ) | |

### Motion for Assistance of Counsel

I am Peter Christopher, the Defendant in this case.

I filed a financial declaration when originally arraigned, and the Court found me eligible for public defense. The Federal Public Defender was originally appointed.

Later, when the Federal Public Defender withdrew, the Court appointed Megan Kau as standby counsel. I believe Chief Judge Seabright said at that time that I could elect to be represented by counsel by notifying the Court. More

1

recently, I brought this up again, and the Court replied that the proper way to proceed is by filing a motion. I am therefore presently filing this motion.

My financial condition now is approximately the same as it was when originally arraigned.

By the authority of the Sixth and Fourteenth Amendments of the US Constitution and the Criminal Justice Act, I hereby request the Court provide effective counsel for me. I do not have a conflict with Megan Kau, and given her familiarity with the case, it would seem to be most efficient use of time and financial resources for her to be the counsel of record.

Until the date when this is heard and granted, I shall continue to proceed pro se in this case. I have been told Ms. Kau is busy in trial all this week. Perhaps a hearing could be held October 1st or 2nd if necessary.

Thank you.

_____
PETER CHRISTOPHER
Dated September 24, 2018 - Honolulu, Hawaii