PETER CHRISTOPHER
2140 Kuhio #2006
Honolulu, Hawaii 96815
(808) 443-9814

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 18-00059-JMS-KSC |
| Plaintiff, | ) **Defendant's Motion for Seating Arrangement at Trial;** |
| vs. | ) **Memorandum in Support; Exhibits A-D; Declaration of Peter Christopher** |
| PETER CHRISTOPHER, | ) |
| Defendant. | ) Judge: The Hon. Chief Judge Michael Seabright & Magistrate Judge Kevin Chang |

**Defendant's Motion for Seating Arrangement at Trial**

I hereby move this Honorable Court to arrange the seating of the Courtroom at trial so that I can sit at the table closer to the jury for all of trial, or in the alternate, for at least half of trial.

This motion is based upon the Due Process clauses of the Fifth and Fourteenth Amendment of the US Constitution, the inherent powers and responsibilities of the Court, as well as the Memorandum attached.

PETER CHRISTOPHER
Dated September 24, 2018 - Honolulu, Hawaii

1